UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PROTEIN2o, INC.,

    Plaintiff,

    v.                                  Case No. 16-C-975

LANGLADE SPRINGS, LLC,

    Defendant.

---

## ORDER OF DISMISSAL

---

    IT IS HEREBY ORDERED, based upon the stipulation of the parties, that this lawsuit, including all claims and causes of action that the parties have asserted herein, as well as all claims and causes of action that the parties might have asserted herein, be dismissed, with prejudice, on the merits, and without costs to any party.

    SO ORDERED on May 22, 2018.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court